**Order filed, August 18, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-20-00486-CV
_____

**CLAYTON WOODS HOMEOWNERS ASSOCIATION INC., Appellant**

**V.**

**THE CWEREN LAW FIRM PLLC, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1141556-101**

---

## ORDER

The reporter's record in this case was originally due June 24, 2020. *See* Tex. R. App. P. 35.1. The court issued a past due notice on July 30, 2020 and has received no response and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Alexandra L. McDaniel, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.


PER CURIAM


Panel Consists of Justices Spain, Hassan and Poissant.